**FILED**

MAY 3 0 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Henry W. Geter II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0929 |
| ) | |
| Horning Brothers Corporation *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Before the Court are plaintiff's application to proceed *in forma pauperis* and his complaint brought *pro se*. The complaint is substantially the same as one recently dismissed as procedurally barred and frivolous as to a newly named defendant. *See Geter v. Horning Brothers Corporation*, Civ. Action No. 08-832 (D.D.C., May 14, 2008). Because the current complaint arises from the same set of facts as those previously adjudicated and involves the same parties, the Court finds this action to be barred by *res judicata*. Accordingly, it is this 28th day of May 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED with prejudice. This is a final appealable Order.

/s/ Paul L. Friedman
United States District Judge